# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-20-00584-CV
NO. 03-20-00585-CV

**Judy A. Guyaux, Appellant**

**v.**

**Walnut Springs Homeowners Association, Inc.; Aaron J. Mitchell; Jennifer K. Mitchell; Michael Mitchell; and Mary Angela Mitchell, Appellees**

## FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY NOS. 19-1587-C26 & 20-1360-C425, THE HONORABLE DONNA GAYLE KING, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On December 8, 2020, Judy A. Guyaux filed a notice of appeal from the trial court's order granting summary judgment and motion to sever from the original trial court cause number 19-1587-C26, which was assigned to this Court under our appellate number 03-20-00584-CV, and the severed trial court cause number 20-1360-C425, which was assigned to this Court under our appellate number 03-20-00585-CV.

Appellees filed a motion to dismiss both appeals for lack of jurisdiction, and Guyaux filed a response in this appeal and a motion to consolidate these appeals "to avoid confusion and preserve judicial efficiency moving forward." The motion to consolidate is granted and the Court consolidates the two above-referenced appeals for all purposes. The issues, records, and documents filed in cause number 03-20-00584-CV are consolidated into

cause number 03-20-00585-CV. The consolidated appeal shall proceed under appeal number 03-20-00585-CV, and appeal number 03-20-00584-CV is hereby dismissed. *See Livingston v. Arrington*, Nos. 03-11-00197-CV & 03-11-00266-CV, 2011 Tex. App. LEXIS 4421, at *1–2 (Tex. App.—Austin Jun. 10, 2011, no pet.) (mem. op).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Triana, and Kelly

03-20-00584-CV Dismissed

03-20-00585-CV Consolidated

Filed: January 5, 2021